```
PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON, HI 5891
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (510) 970-4814
        Facsimile: (415) 744-0134
        E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PATRICIA LYNN SEYLER,<br><br>           Plaintiff,<br><br>    vs.<br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>           Defendant. | Case No.: 1:22-cv-00313-EPG (SS)<br><br>STIPULATION FOR AN EXTENSION OF TIME; ORDER<br><br>(ECF No. 11) |

With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file the Certified Administrative Record be extended thirty (30) days from June 30, 2022, up to and including August 1, 2022.  This is the parties' first request for an extension.  The Court requires good cause for modification of the briefing schedule (Dkt. 5 at 3). Defendant respectfully requests that the Court find good cause because the record is not yet prepared and available for filing.

                                             Respectfully submitted,

Dated:  June 28, 2022              /s/  *Jonathan O. Peña**
                                             JONATHAN O. PEÑA
                                             Attorney for Plaintiff

1

(*signature authorized via e-mail June 28, 2022)

Dated: June 28, 2022

PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

# ORDER

Pursuant to parties' stipulation (ECF No. 11), IT IS ORDERED that Defendant shall have until August 1, 2022, to file the certified administrative record. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:  **June 28, 2022**                            /s/ Erica P. Grosjean
                                                               UNITED STATES MAGISTRATE JUDGE