JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICIA LYNN SEYLER,                    )        Case No. 1:22-cv-00313-EPG
                                          )
              Plaintiff,                  )        STIPULATION AND ORDER FOR
                                          )        EXTENSION OF TIME
       vs.                                )
                                          )        (ECF No. 16)
KILOLO KIJAKAZI, Acting                  )
Commissioner of Social Security,          )
                                          )
              Defendant.                  )
                                          )
                                          )
_____ )

       IT IS HEREBY STIPULATED, by and between the parties through their respective

counsel of record, with the Court's approval, that Plaintiff shall have a 14-day extension of time,

from November 14, 2022 to November 28, 2022, for Plaintiff to serve on defendant with

Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall

be extended accordingly.

       This is Plaintiff's second request for an extension of time.  In the months of May through

July 21, 2022, Counsel has received an influx of Social Security Certified Administrative

Records (CAR).  A review of the records received shows Counsel has received at least 50 CARs,

the majority of which were filed in June 2022.   This has caused an unusually large number of

cases that have merit briefs due in the months of August and September.  For the months of

September and October 2022, we have received an additional 39 CARs.

For the weeks of November 7, 2022 and November 14, 2022, Counsel currently has 17 merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.  As previously reported, Counsel for Plaintiff underwent major orthopedic surgery in March 2022, requiring significant physical therapy. This has required Plaintiff's counsel to take time off during the work week and work months since then. Although much improved, Counsel still participates in regular physical therapy two to three times per week.

Lastly, Counsel for Plaintiff is currently taking partial leave as his child was born on October 14, 2022. Thus, Counsel is working limited hours for the months of November and December 2022.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: November 7, 2022        PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
     JONATHAN OMAR PENA
     Attorneys for Plaintiff


Dated: November 7, 2022        PHILLIP A. TALBERT
                               United States Attorney
                               MATHEW W. PILE
                               Associate General Counsel
                               Office of Program Litigation
                               Social Security Administration


By:  *\*/s/ Ellinor R. Coder*
     Ellinor R. Coder
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on November 7, 2022)

2

## **ORDER**

Based on the above stipulation (ECF No. 16), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment no later than November 28, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **November 8, 2022**          /s/ _Erica P. Groje_
                                    UNITED STATES MAGISTRATE JUDGE